PEARSON, MJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| SHEILA M. HOWARD, ) | CASE NO. 5:09-CV-00163 |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | **JUDGMENT ENTRY** |

For the reasons set forth in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, having found that the decision was based upon proper legal standards and supported by substantial evidence, the Court affirms the decision of the Commissioner of the Social Security Administration that Sheila M. Howard was not disabled and therefore not entitled to Disability Insurance Benefits.

Accordingly, the Administrative Law Judge's decision denying Sheila M. Howard benefits is AFFIRMED.

IT IS SO ORDERED.

 March 12, 2010                                               s/ *Benita Y. Pearson*
Date                                                                       United States Magistrate Judge